HENRY W. SNELL, Appellant, *v.* THOMAS SNELL et al., Respondents.

*Snell* v. *Snell*, 147 App. Div. 928, affirmed.
(Argued November 24, 1913; decided December 9, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered November 21, 1911, affirming a judgment in favor of defendants entered upon the report of a referee in an action for trespass.

*J. K. Long* and *John P. Kelly* for appellant.

*Frederick E. Draper, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.